## BAKER NATIONAL BANK v. HENDERSON, ADMINISTRATRIX.

No. 883.  Decided February 24, 1969.

*Thomas E. Towe* for appellant.

PER CURIAM.

The appeal is dismissed for want of a substantial federal question.

MR. JUSTICE DOUGLAS, MR. JUSTICE HARLAN, and MR. JUSTICE WHITE are of the opinion that probable jurisdiction should be noted and the case set for oral argument.

## ACCIDENT INDEX BUREAU, INC., ET AL. v. MALE, COMMISSIONER, DEPARTMENT OF LABOR & INDUSTRY, ET AL.

No. 889.  Decided February 24, 1969.

*Edward B. Meredith* for appellants.

PER CURIAM.

The appeal is dismissed for want of a substantial federal question.